# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DIXON, | NO. CV 08-7189 SGL (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| ROBERT L. AYERS, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 12, 2009.

*[signature]*

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE