UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **GREGORY DIXON,** | ) | Case No. CV 08-7189-ABC(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **ROBERT L. AYERS, Warden,** | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: November 14, 2013

_____
Audrey B. Collins
United States District Judge